FILED
AUG 13 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN EASLEY

    Plaintiff,

vs.

STATE OF MICHIGAN,

    Defendant.

_____/

Civil Action No.
07-CV-13633

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT FOR LACK OF FEDERAL JURISDICTION

This matter is presently before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation ("R&R") dated July 21, 2008. In his R&R, Magistrate Judge Pepe recommends that the Court dismiss Plaintiff's Complaint for lack of federal jurisdiction under the *Rooker-Feldman* doctrine. Plaintiff has filed two separate documents within the ten-day time period prescribed for the filing of objections. The first document, filed two days after Magistrate Judge Pepe issued his R&R, is entitled "RE; State of Issue." In this document, Plaintiff discusses his past encounters with law enforcement and judicial officers. However, no where in the document does Plaintiff discuss the jurisdictional defects currently at issue. Moreover, on August 4, 2008, Plaintiff filed another document in which he argues the merits of his case and explains why he believes he is entitled to a trial date. However, once again, Plaintiff does not address the jurisdictional defects preventing the Court from exercising jurisdiction over this matter. Plaintiff has not filed anything further in the way of objections to the Magistrate Judge's R&R, and the time to do so has expired.

1

After having reviewed this matter, the Court finds that Magistrate Judge Pepe correctly and thoroughly analyzed all of the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's recommendations as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiff's Complaint is dismissed for lack of federal jurisdiction under the *Rooker-Feldman* doctrine.

BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: AUG 1 3 2008
Detroit, Michigan

2